# United States District Court
## For The District of Wyoming

**FILED**

*4:03 pm, 3/25/13*

**Stephan Harris**
**Clerk of Court**

ANGLIA HALL,

      Plaintiff,

vs.                                Civil No. 11-CV-238-F

PEAK USA ENERGY SERVICES LTD,

      Defendant.

## JUDGMENT IN A CIVIL ACTION

Following a Jury Trial in the above-captioned matter, the Court has ordered that the Plaintiff, Anglia Hall, shall recover from the Defendant, Peak USA Energy Services Ltd, for as set forth herein.

For lost wages experienced by the Plaintiff, Anglia Hall, in this matter, the jury awarded the Plaintiff, Anglia Hall, the amount of Twenty-five Thousand ($25,000.00).

This action was tried by a Jury with the Honorable Judge Nancy D. Freudenthal presiding and the jury did render said verdict.

Dated this 25th day of March, 2013.

*Clerk of Court or Deputy Clerk*