Bernard Q. Phelan
The Phelan Law Firm
1811 Evans Avenue
Cheyenne, WY  82001

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| ANGLIA HALL, | ) | Docket No. 11-CV-328-F |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SATISFACTION** |
| vs. | ) | **OF JUDGMENT** |
| | ) | |
| PEAK USA ENERGY SERVICES, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

TO:   All parties of record:

Notice is hereby given that Defendant, Peak USA Energy Services, Ltd., has fully satisfied the Judgment In A Civil Action, which was entered on the 25th day of March, 2013.

Dated this **24** day of April, 2013.

                THE PHELAN LAW FIRM

                By _____
                Bernard Q. Phelan
                1811 Evans Avenue
                Cheyenne, WY  82001
                Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the following counsel of record, by the means designated below, this 24 day of April, 2013:

[ ] U.S. Mail
[ ] FedEx
[ ] Hand-Delivery
[ ] Facsimile
[ ] Email
[X] ECF Electronic filing

Christopher C. Voigt
Crowley Fleck PLLP
P.O. Box 2529
Billings, MT 59___529

Bernard Q. Phelan
The Phelan Law Firm
1811 Evans Avenue
Cheyenne, WY 82001

1